# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BSG TECH, LLC, | |
|     Plaintiff, | Civil Action No. 2:16-cv-529-RWS |
| v. | LEAD CASE |
| AUTOZONE.COM, INC., | JURY TRIAL DEMANDED |
|     Defendant. | |
| BSG TECH LLC, | |
|     Plaintiff, | Civil Action No. 2:16-cv-532-RWS |
| v. | PATENT CASE |
| RAKUTEN COMMERCE, LLC, | JURY TRIAL DEMANDED |
|     Defendant. | |

## ORDER

Pursuant to the Stipulation of Dismissal of Rakuten Commerce, LLC with Prejudice by BSG Tech LLC and Rakuten Commerce, LLC, it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff BSG Tech LLC and Defendant Rakuten Commerce, LLC, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 15th day of May, 2017.**

*Robert W. Schroeder III* (signature)
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE